**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In the Matter of:** | ) | |
| | ) | **Case No.:** 2:25-mj-310 |
| **United States of America** | ) | |
| v. | ) | |
| **Carson A. Bigham** | ) | **Magistrate Judge** |
| **644 Nolder Drive** | ) | |
| **Lancaster, Ohio 43130** | ) | |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Sara Sellers (Your Affiant), a Special Agent (SA) with the Homeland Security Investigations (HSI), being first duly sworn, hereby depose and state as follows:

### INTRODUCTION

1. I, Special Agent Sara Sellers (your affiant), make this affidavit in support of a criminal complaint to arrest for violations of 18 U.S.C. §§ 2252, 2252A –distribution, transmission, receipt, and/or possession of child pornography, or attempts of such. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, your affiant did not include each fact known concerning this investigation. Your affiant did not withhold any information or evidence that would negate probable cause. Your affiant set forth only the facts that are believed to be necessary to establish probable cause that Carson A. **BIGHAM** (BIGHAM) committed the violations listed above.

2. I am a Special Agent (SA) of Homeland Security Investigations (HSI), assigned to the Office of the Assistant Special Agent in Charge, Columbus, Ohio since December 2020. During my tenure as a Special Agent, I have completed the Criminal Investigator Training Program (CITP) and the Homeland Security Investigations Special Agent Training Program (HSISAT) at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia. During CITP and HSISAT I have received training that included cybercrimes, sexual exploitation of minors, child pornography, and the dark web. I am currently based out of the Franklin County Sheriff's Office Internet Crimes Against Children (ICAC) Task Force investigating child exploitation and am responsible for enforcing federal law in numerous counties in the Southern District of Ohio. Moreover, I am a federal law enforcement officer who is engaged in enforcing federal criminal laws, including 18 U.S.C. § 2252, and 2252A, and I am authorized by law to request a criminal complaint and arrest warrant.

### PROBABLE CAUSE

3. On or about December 9, 2024, law enforcement assigned to The Franklin County Internet

Crimes Against Children Task Force (ICAC) received two separate CyberTipline reports from the National Center for Missing and Exploited Children (NCMEC). The first was sent by Kik Messenger regarding the distribution of approximately 13 child pornography files from the target account on the Kik server. The distribution of the child pornography occurred between May 20, 2024 and June 11, 2024. This report was labeled as CyberTipline Repot #195907569. One of the files, for example, depicted a toddler aged male, fully nude, on his hands and knees on a bed. The video depicted an adult male penis attempting to inset his penis into the anus of the toddler and then the toddler was depicted touching the penis of the adult male. The information about the user of the account indicated it was associated with IP address 76.181.232.74.

4. The second report was from Sniffies LLC, which your affiant learned is a map-based hookup application for gay, bisexual, and bicurious men. The report was documented under **CyberTipline Repot #197714073** and indicated that the user of the Sniffies account indicated that he was a 34-year-old male with a 15-year-old male son and was looking for someone to have sexual relations with both him and his son. The IP address was listed as 76.181.232.74, the same IP address noted in the first CyberTipline Report from Kik.

5. The IP address for CyberTipline Reports resolved to Charter Communications. Return process from Charter indicated the subscriber of the IP address was Richard "Tyler" **CAMPBELL** living at 668 S. Waverly Street in Columbus, Ohio.

6. Based on the chats, child pornography, and IP address information, law enforcement obtained a residential search warrant for 668 South Waverly Street in Columbus, Ohio on February 19, 2025. Four separate devices were recovered from **CAMPBELL's** person and residence including an Android Samsung Galaxy 2-flip4 cellular phone from his left pocket.

7. An on-scene preview of **CAMPBELL's** Samsung cell phone revealed child pornography and chat messages in which **CAMPBELL** was sending images of a minor male to others and indicating it was his fictitious son. In other chats, **CAMPBELL** himself was chatting with adult males and pretending to be a minor male. Additional messages in the Telegram application were also noted and in one of the chat logs, **CAMPBELL** sent three images of a prepubescent male to an unknown Telegram user. One of the images depicted the male minor, DOB: 9/2013, herein after Minor Victim One (MV1) with his face visible, standing in a bathroom with no shirt. In another image, MV1 was depicted facing away from the camera with an adult male hand pulling down his underwear to expose his buttocks to the camera. In the third image, MV1 was depicted fully nude in a bathtub. In the chats which included these images, **CAMPBELL** stated that MV1 was his son

8. A forensic extraction was immediately completed on the device and revealed several files of child exploitation material. In addition, several files of MV1 were identified which depicted MV1 engaged in sexually explicit conduct.

9. **CAMPBELL** was arrested on and charged with various violations of federal law on or about March 20, 2025. Those violations included violations of 18 U.S.C. § 2251 – the sexual exploitation of a minor, as well as 18 U.S.C. § 2252, 2252(A) – the distribution, receipt, transportation, and possession of child pornography.

10. In continuation of the forensic review of **CAMPBELL's** devices, law enforcement observed conversations on the messaging application Snapchat between Campbell and the Snapchat Display Name "daddy" and associated Username "theo_jamezz" – now known

as Carson **BIGHAM** – which began on or about August 28, 2024. The conversations were sexual in nature and included discussions about engaging in sex with minors.

11. For example, **CAMPBELL** asked **BIGHAM** who was utilizing the "daddy" account what age turned "daddy" on the most to which "daddy" replied, "I'm definitely 12-15". "Daddy" continued to state that his sexual interest in this age range presents "challenges" as the minors would be able to "remember faces, tattle, whatever".

12. During the course of the conversation, **CAMPBELL** distributed to **BIGHAM** utilizing the "daddy" account one video file titled 007*db317f9a6558245be7b1c9ebfc33b* which was approximately twenty-five seconds in length and which depicted a prepubescent minor female approximately six to seven years of age laying on her back on a bed, with a pink shirt pulled up, exposing her stomach. The prepubescent female was observed covering her ears with both hands and grimacing as an adult male's hand was observed holding his penis. The adult male then placed his penis into the minor female's vagina.

13. After receiving the video described above **BIGHAM** utilizing the "daddy" account sent the following messages to **CAMPBELL** "Oh my God," "Thank you, "and "Whatever you got I'll take." In response, **CAMPBELL** said "You like?" …"gotta tell me if something makes you hard" to which "Daddy" replied: "I'm super hard" "I'm driving" "And watching it."

14. **BIGHAM** while still utilizing the "Daddy" account continued to request specific material from **CAMPBELL** to include "something where she's bent over, and you can see the dick stretching them from behind" and "that's how I'd want her." **CAMPBELL** and **BIGHAM** "daddy" also discussed meeting in person. In addition, **BIGHAM** expressed interest in meeting with **CAMPBELL** to have sexual relations with a minor whom **BIGHAM** believed was **CAMPBELL**'s niece. Additional conversations with "daddy" also indicated that "daddy" appeared to reside locally near Columbus, Ohio with messages that referenced Dublin, Ohio as an example.

15. On or about May 13, 2025, Detectives assigned to the Franklin County ICAC submitted a summons to Snapchat requesting subscriber information for Snapchat Name "daddy" and Username "theo_jamezz". The return included the following subscriber information:
    Email:              aydenz99@yahoo.com
    Username:           ass_gasorcash
    Creation_IP:        107.121.104.26
    Display_name:       daddy

16. Upon further forensic review of **CAMPBELL**'s devices, conversations between **CAMPBELL** and aydenz99@yahoo.com were observed, an email account now known to be utilized by **BIGHAM**. Within these conversations, aydenz99@yahoo.com sent a selfie style picture of himself to **CAMPBELL**. For context, **CAMPBELL** and aydenz99@yahoo.com discussed meeting to exchange sexual favors with one another in their emailed communications. Additionally, **BIGHAM** utilizing the aydenz99@yahoo.com account sent **CAMPBELL** a phone number and Kik Username, providing multiple avenues of contact. Investigators discovered the phone number aydenz99@yahoo.com sent to **CAMPBELL** was saved as "Carson" in **CAMPBELL**'s contacts.

17. Further, legal process was issued to Charter Communications for multiple IP addresses

utilized by the yahoo email aydenz99@yahoo.com. Three of the IP addresses utilized by aydenz99@yahoo.com had subscriber information that came back to a family member of **BIGHAM** at 644 Nolder Dr., Lancaster, Ohio 43130

18. Law enforcement learned that **BIGHAM** was employed as a Columbus Firefighter and photographs of **BIGHAM** matched the image that was distributed to **CAMPBELL** via the email address that was associated to the Snapchat "daddy" account.

19. Investigators queried law enforcement databases and learned **BIGHAM** resided at the address of 644 Nolder Dr., Lancaster, Ohio 43130.  Law enforcement also learned that local records showed Carson **BIGHAM** as the owner of the parcel of the land indicated above.

20. Based upon the above information, your affiant submits that there is probable cause to believe that Carson A. **BIGHAM** has committed offenses in violation of 18 U.S.C. §§ 2252, 2252A –distribution, transmission, receipt, and/or possession of child pornography, or attempts of such. Therefore, your affiant respectfully requests this court issue a criminal complaint and arrest warrant.

_____
Sara Sellers
Special Agent
Homeland Security Investigations

Sworn and subscribed to before me this 20th  day of May, 2025

_____
Kimberly A. Jolson
United States Magistrate Judge