UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION



FILED
TIME 9:00 a.m.
JAN 15 2026
RICHARD W. NAGEL, Clerk of Court
COLUMBUS, OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. |
| Plaintiff, | |
| v. | JUDGE |
| CARSON A. BIGHAM | **INFORMATION** |
| Defendant. | 18 U.S.C. §§ 2252(a)(2) & (b)(1) |
| | **FORFEITURE ALLEGATON** |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE**
(Receipt of Child Pornography)

1. Between August 28, 2024 and May 22, 2025, in the Southern District of Ohio, the defendant, **CARSON A. BIGHAM**, did knowingly receive one or more visual depictions using any means and facility of interstate and foreign commerce, including the internet, the production of such visual depictions having involved the use of a minor engaging in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), and such depictions being of such conduct, to wit: digital files depicting minors, including prepubescent children, engaged in sex acts with adults and the lascivious exhibition of their genitalia, anus, and pubic region.

**In violation of 18 U.S.C. §§ 2252(a)(2) & (b)(1).**

**FORFEITURE ALLEGATION**

2. The allegations of this Information are hereby realleged and incorporated herein by reference for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 2253.

3. Upon conviction of the offense alleged in this Information in violation of 18 U.S.C. § 2252, the defendant, **CARSON A. BIGHAM**, shall forfeit to the United States:

    (a) all matter containing visual depictions of child pornography and child erotica, transported, mailed, shipped, or possessed in violation of 18 U.S.C. §2252; and

    (b) all property used or intended to be used to commit or to promote the commission of a violation of 18 U.S.C. §2252, including, but not limited to the following:

- One Samsung S23 Ultra cellular phone with associated IMEI 358163261648244.

**Forfeiture notice in accordance with 18 U.S.C. § 2253(a)(1) and (3) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

**DOMINICK S. GERACE II**
United States Attorney

*Emily Czerniejewski* (signature)

**EMILY CZERNIEJEWSKI** (IL 6308829)
Assistant United States Attorney