United States District Court
Southern District of Ohio

_____

**Related Case Memorandum
Criminal Cases**

TO:           Judge Watson and Judge Graham

FROM:       Spencer D. Harris      , Deputy Clerk

DATE:        January 20, 2026

SUBJECT:   Case Caption:   USA v. Carson A. Bigham

CASE:        Case Number:   2:26-CR-15

DISTRICT JUDGE:       Judge Graham

                        File Date:   January 15, 2026

This memorandum is to notify you that the defendant information sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption:      **USA v. Bryan W. Adams**

Case Number:      **2:25-CR-150**        District Judge:    **Watson**

File Date:        **9/08/25**         Magistrate Judge:

**Related Case(s):**

Case Caption:      **USA v. Tyler S. Congrove & USA v.  Richard T. Campbell**

Case Number:      **2-25-CR-195 and 2-25-CR-196**   District Judge:    **Waston**

File Date:        **11/24/25 & 11/25/25**     Magistrate Judge:

Memo Re: Related Criminal Cases
Page 2


The District Judges having conferred, we respond to Deputy Clerk          **Spencer D. Harris**
as follows:


**Judges' Response:**

    ☐    We agree that the cases are **not** related and that the subject case should remain
          with the Judge to whom it is assigned.

    ☒    We agree that the cases **are** related and that the subject case should be
          transferred to the docket of Judge _Watson_

    ☐    We agree that although the cases **are** related, the subject case nevertheless should
          remain with the Judge to whom it was assigned.

    ☐    We are unable to agree and will accept any decision made by the Chief Judge.

    ☐    I am the Judge on both/all of the listed cases and have determined that the cases
          are **not** related.

    ☐    I am the Judge on both/all of the listed cases and have determined that the cases
          **are** related and they shall both/all remain on my docket.

    ☐    Other Direction of Judge: _____


_____
United States District Judge

_____
United States District Judge


_____
United States District Judge


cc:  Courtroom Deputies


_Revised 9/14/2012_